## Pittsburgh Urban Development Authority, Appellant, *v.* J-Jac Construction Corporation.

Argued April 12, 1972. *Daniel P. Stefko,* with him *Dickie, McCamey & Chilcote,* for appellant; *Robert C. Little,* with him *Burns, Manley & Little,* for appellee.

Order affirmed.

## Steigerwalt *v.* Pennsylvania Power Co., Appellant.

Argued April 13, 1972. *Bruce R. Martin,* for appellant; *Frederick A. Boehm,* with him *Goehring, Rutter & Boehm,* for appellee.

Judgment affirmed.

## Stewart, Appellant, *v.* Chernicky.

Argued April 10, 1972. *H. Ray Pope, Jr.,* for appellant; *Arnold E. Dolby,* for appellee.

Order, judgment and decree affirmed.